**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-2063**

─────────────

KIMBERLY LOWE,

          Defendant - Appellant,

    v.

ROBERT ARBOUW,

          Claimant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:23-cv-00766-RCY)

─────────────

Submitted:  September 25, 2025          Decided:  September 29, 2025

─────────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kimberly Lowe, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Lowe appeals the district court's order granting Appellee's motion to dismiss and dismissing her appeal from the bankruptcy court's order imposing sanctions upon her for filing a fraudulent bankruptcy petition.  The district court dismissed Lowe's appeal for failure to timely file a notice of appeal.  *See* Fed. R. Bankr. P. 8002.  We have reviewed the record and the district court's order and find no reversible error.  Accordingly, we affirm the district court's order.  *Lowe v. Arbouw*, No. 3:23-cv-00766-RCY (E.D. Va. Sept. 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
